UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE EGGER, | : CIVIL ACTION NO.: 2:24-CV-05818 |
| *Plaintiff*, | : |
| v. | : |
| CERTARA USA, INC., | : |
| *Defendant*. | : |

## ORDER

AND NOW, this 3rd day of March, 2025, upon consideration of Defendant's Motion to Dismiss Counts V and VI of Plaintiff's Amended Complaint (Dkt. #11, the "Motion"); this Court having considered the parties' submissions and arguments related to the Motion; the Court having found that Plaintiff has failed to state a claim upon which relief may be granted; and other good cause having been shown, this, it is hereby **ORDERED** that:

1. Defendant's Motion is granted.

2. Counts V and VI of Plaintiff's Amended Complaint are dismissed without prejudice.

BY THE COURT:

_____
GAIL A. WEILHEIMER      J.